

**FILED IN**
**14th COURT OF APPEALS**
**HOUSTON, TEXAS**

**JUN 30 2015**

CHRISTOPHER A. PRINE
CLERK

**INTERNATIONAL**

EQUAL RIGHTS FOR PERSONS WITH DISABILITIES

June 27, 2015

**MAILED**
4/27/15

**THE CLERK**
14ᵀᴴ Court of Appeals
Houston, Texas

Dear Clerk of Court, 14ᵗʰ Court of Appeals,

<u>RE: **ERIC NDUBUEZE UFOM v. WEST WYNDE HEALTH SERVICES CASE # 14-14-00438-cv**</u>

## JUSTICE DELAYED IS CONSTITUTIONALLY JUSTICE DENIED

This letter is to officially notify this honorable court of appeals that, On Friday, May 1, 2015, at 6:03:43pm O'clock, I timely mailed my postpaid, properly addressed, Emergency Motion to this honorable Court through the United States Postal Service Certify Mail # **70130600000009190471**, automated 24 hours, after Hours, posting machine services before 12:00 midnight of that last day of filling of filling Motion for En Banc Rehearing Please see the annexed Exhibit 1, copy of the USPS postage transaction # 106, receipt #480378-9550 and Certify mail# **70130600000009190471**, which are proves beyond reasonable doubt that the Appellant's motion was timely filed on a weekend of Friday, May 1, 2015.

It is sad and unconstitutional that this honorable Appellate Court, whose duty is to be a gatekeeper, has failed to correctly file my timely motion, as

P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail:
erpdi@yahoo.com



having been filed on the date of May 1, 2015, which it was timely mailed, but incorrectly or wrongfully filed my timely motion as having been mailed on the date of May 5, 2015, which was the date this Court actually received my mailed timely motion and not the date it was mailed. It is discrimination, disparate treatment, denial of meaningful access to court of Appeals, selective enforcement of Appellate Court's rules and regulations, denial of activities, programs and services, in violations of Title II of the Americans with Disabilities Act of 1990 (ADA), which provides: "[N]o qualified individual with a disability shall, by reason of such disability, be excluded from participation or denied the benefits of the services, programs or activities of a public entity," 42 U. S. C. §12132 and ADA 12203 that Prohibits Against Retaliation or Coercion (Section 503),   Title V, [No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in a investigation, proceeding, or hearing under this chapter] and  [It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or

P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail: erpdi@yahoo.com



enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter].

Therefore, pursuant to the Texas Rules of Civil Procedure 316 (Tex.R.Civ.P., 21a (METHOD OF SERVICE) (1b) (WHEN COMPLETED: (1) Services by mail or Commercial Delivery Service Shall be complete upon deposit of the document postpaid and properly addressed, in the mail or with commercial delivery service), I humbly and respectfully request from this honorable court to go back and retrieve the Appellant's original envelop used in mailing this motion that is under the custody of the Court, and verify the date on the postpaid USPS stamp on the mailing envelop and thereafter, correct the incorrect date of filling on the court's docket. Also, please properly and correctly stamp on my timely motion, the date of May 1, 2015, as mandated by the Texas Rules of Civil Procedure 316 (Tex.R.Civ.P., 21a (METHOD OF SERVICE) (1b) (WHEN COMPLETED: (1) Services by mail or Commercial Delivery Service Shall be complete upon deposit of the document postpaid and properly addressed, in the mail or with commercial delivery service).

P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail: erpdi@yahoo.com



**INTERNATIONAL**       **EQUAL RIGHTS FOR PERSONS WITH DISABILITIES**

Also, the attached please find copies of my June 26, 2015, United States Postal Service, Certify Mail # 70110470000080139256, used in timely mailing my Pro Se Motion for En Banc reconsideration of the Court's unconstitutional decision of, "NO ACTION TAKEN," on June 11, 2015, on the Appellant's timely filed Emergency Pro Se Motion for En Banc Rehearing on, Friday, May 1, 2015, at 6:03:43pm O'clock, through the United States Postal Service Certify Mail # **70130600000009190471**; pursuant to the Texas Rules of Civil Procedure 316 (Tex.R.Civ.P., 21a (METHOD OF SERVICE) (1b) (WHEN COMPLETED: (1) Services by mail or Commercial Delivery Service Shall be complete upon deposit of the document postpaid and properly addressed, in the mail or with commercial delivery service;); Tex.R.App.P. 19.2; Tex.R.App.P. 19.3; Tex.R.App.P. 19.4; Discriminations, Retaliations, Disparate Treatments, Selective Enforcement of the State of Texas and United States Constitution, District Clerk of Court's filling Rules and Regulations, due process of law, faire procedure, and equal protections constitutional rights safeguards, as well as to be free from continued cruel and unusual punishments, pursuant to, Affordable Care Act, Americans with Disability Act (ADA); Title II of the

**P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail: erpdi@yahoo.com**



INTERNATIONAL

**EQUAL RIGHTS FOR PERSONS WITH DISABILITIES**

Americans with Disabilities Act of 1990 (ADA), which provides: "[N]o qualified individual with a disability shall, by reason of such disability, be excluded from participation or denied the benefits of the services, programs or activities of a public entity," 42 U. S. C. §12132 and ADA 12203 that Prohibits Against Retaliation or Coercion (Section 503), Title V, [No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in a investigation, proceeding, or hearing under this chapter] and [It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter], U.S. Supreme Court's Trilogy of cases, governing the admissibility of scientific evidence in, **Daubert v. Marrel Dow Pharmaceuticals, Inc** 509 U.S. 579 (1993), **General Electric v. Joiner,** 522 U.S. 136 (1997); **Kumho Tire Co. v. Carmichael, 526 v. 137 (1999).**

Thanks

P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail:
erpdi@yahoo.com



**INTERNATIONAL**     **EQUAL RIGHTS FOR PERSONS WITH DISABILITIES**

Respectfully Submitted

Eric Ndubueze Ufom, Pro Se

## CERTIFICATE OF SERVICE

I certify that on June 27, 2015, a true and correct copy of this Pro Se Motion was mailed to the Court through the USPS certify mail # 480372-9550 and was served to the Plaintiffs Attorney through e-mail and District Clerk's Attorney through USPS mail.

Please note that this valid, debatable and verifiable Motion was further services to the following interest groups

Department of Justice, Civil Rights Division
Texas State Supreme Court's Justices
Texas State Bar Association
Texas State Center for Judiciary
Texas State Bar Association's Multiple Continuing Legal Education Office
Texas State Senate
Texas State House of Assembly
Ilru Southwest ADA Center Houston, Texas and the Southeast ADA Center
ADA National Network
National Alliance on Mental Illness
Texas State National Alliance on Mental Illness
Brain Injury Association &Disability Rights Texas

Eric Ndubueze Ufom, Pro Se
2410 South Kirkwood Drive #260
Houston, Texas 77077

P.O. BOX 710455 HOUSTON, TEXAS 77271 PH: (832) 758-0612 E-Mail: erpdi@yahoo.com

DEBORA SUE SCHATZ
2909 ROGERDALE RD
HOUSTON, TX 77042-9998

05/01/2015                          06:03:43 PM

Sales Receipt
Product          Sale  Unit   Final
Description      Qty   Price  Price

HOUSTON, TX 77002-2062                     $12.65
Zone-1
~Priority Mail 1-Day™
Medium FR Box includes $50.00
insurance
* Expected Delivery Day Monday, May
4.

Certified Mail™                             $3.30
%%Label #:
See receipt from form on mailpiece
                                         ========
                                          $15.95
Issue Postage:

Total:                                    $15.95

Paid by:
DebitCard
  Account #:         XXXXXXXXXXXX4121
  Approval #:        090619
  Transaction #:     874
  23-902140052-99
  Receipt #:         156753

SSK Transaction #:   106
USPS® #              480376-9550

~ For information on dimensions for
USPS®-produced boxes, please visit
https://shop.usps.com.

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
self-service kiosk (or any
self-service kiosk at other Postal
locations) or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To THE C/ERK 145 COURT OF APP
Street, Apt. No.; 301 FANNIN
or PO Box No. HOUSTON TX 77002
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7013 0600 0000 0914 0471

APPENDIX
2

APPENDIX 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *14T COURT of APPEALS*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006       See Reverse for Instructions

7011 0470 0000 8013 9256

```
==========================================
           DEBORA SUE SCHATZ
           2909 ROGERDALE RD
           HOUSTON, TX 77042-9998

06/26/2015                    08:01:53 PM
==========================================

              Sales Receipt
Product        Sale    Unit      Final
Description    Qty     Price     Price


HOUSTON, TX  77002-2062           $5.75
Zone-1
Priority Mail 1-Day™
FR Env with up to $50.00
Insurance and USPS Tracking™
included
%% USPS Tracking #:
9505 5000 1967 5177 0003 11
* Expected Delivery Day Monday, June
29.
                              ========
Issue Postage:                   $5.75

Total:                        ==========
                                 $5.75


Paid by:
DebitCard                        $5.75
  Account #:    XXXXXXXXXXXXX4520
  Approval #:   099A90
  Transaction #: 417
  23-902140052-99
  Receipt #:    158352

SSK Transaction #:       87
USPS® #                  480376-9550

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
self-service kiosk (or any
self-service kiosk at other Postal
locations) or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm


               Thanks.
       It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

| | | |
|---|---|---|
| ERIC NDUBUEZE UFOM AND EQUAL RIGHTS FOR PERSONS ITH DISABILITIES INTERNATIONAL, INC | § § § | IN THE 14TH COURT OF APPEALS |
| | § | |
| | § | |
| V. | § | District Court # 2011-70277 |
| | § | 113 Judicial District Court |
| WEST WYNDE HEALTH SERVICES, INC, MRS. GLADYS IBIK AND MR. JOHN IBIK | § § § | |
| | § | |
| | § | HOUSTON, TEXAS |

# EXHIBIT

# 1

ADMISSION NOTE
FMC ROCHESTER
PAGE 4

UFOM, ERIC #20973-018
JULY 24, 1998   1500

INITIAL IMPRESSION:

AXIS I:   Schizoaffective Disorder Depressed Type
Dementia Mild Secondary To Multiple Head Injuries
Alcohol Dependance in Remission, Controlled Setting

AXIS II:   No Diagnosis

AXIS III:   Post Polio Syndrome
Numerous Musculoskeletal Complaints
Blindness of Left Eye

EVALUATION PLAN: Dr. Olness has already placed the patient on Zyprexa. He is also taking Effexor. He will be housed on the inpatient 1/1 unit. He will have regular interactions with the

---

ADMISSION NOTE
FMC ROCHESTER
PAGE 5

UFOM, ERIC #20973-018
JULY 24, 1998   1500

nursing staff, case manager, correctional staff, counselors, and his psychiatrist. He will undergo a complete physical examination and screening lab work. I will review collateral information and ask Dr. Ilvedson to address Mr. Ufom's general medical condition.

Arthur S. Tenenbaum, M.D.
Staff Psychiatrist

7-29-9
Date

dd: 07/24/98
dt: 07/27/98/skd

NT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)     REGISTER NO.     WARD NO.

PROGRESS NOTES

Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1



**Northwest Community Service Center**
3737 Dacoma
Houston, Texas 77092
(713) 970-7000 Ext. 8400
Fax: (713) 970-7002

**MENTAL HEALTH • MENTAL RETARDATION
AUTHORITY OF HARRIS COUNTY
Adult Mental Health Services**

August 28, 2002

To Metro:

Eric Ufom has been a client at the Northwest Community Service Center since 6/10/02. Mr. Ufom has been diagnosed with Bipolar disorder, which is a mental illness. Mr. Ufom is disabled, and will be unable to work for the next 6 months.

If you have any questions, please contact Xavier O'Neil at (713) 970-8400.

Sincerely,

_____
Attending Physician

**MHMRA**

MENTAL HEALTH - MENTAL RETARDATION
AUTHORITY OF HARRIS COUNTY

Northwest Community Service Center
3737 Dacoma
Houston, Texas 77092
(713) 970-8400

# Medication Maintenance

Patient Name: Eric Lyon     MHMRA #: 321229     Date: 12/05/02

Patient Address: _____     Phone #: _____

Unit Number: _____ 2300

**Rx**                                          **Rationale**

1. Effexor XR 150 mg ↑ AM PO #33   Refill x 1   NR ☐   depn

2. Zyprexa 10 mg ↑ HS PO #33   Refill x 1   NR ☐   x 6

3. Trileptal 300 mg ↑ HS PO #33   Refill x 1   NR ☐   mood.

4. _____   Refill x ___   NR ☐   _____

_____ M.D.     _____ M.D.

**Dispense as Written**          **Product Selection Permitted**

_____
**Print Physician's Last Name**

Physician I.D. #: _____     DEA #: _____

  

# Medication Maintenance

Patient Name: Eric Ulfo___  MHMRA #: __321229__ Date: __12/05/02__

Unit name: __9300.__ Start Time: __0922__ Stop Time: _____ Duration: ____

Stage: _____  Weeks in this Stage: _____

Primary Current DX:  (Check One)
( ) MDD-NP ( ) BPD-M (✓) BPD-D ( ) SCZ
( ) MDD-P ( ) BPD-MX ( ) SCZ-A (BP) ( ) SCZ-A (D)
( ) Other  (specify) _____

Medications taken as Prescribed? (✓) Yes/Mostly  ( ) No/Inadequate

Most Recent Drug Levels:

| Medication Name | Date Drawn | Serum Level | WNL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Are serum levels needed? [] Yes [✓] No  (If yes, specify in progress note)

| Clinical Rating Scales |
|---|
| Pos SX: ____  Neg SX: ____  IDS=SR: ____  Altman: ____  Other: _____ |

| Patient Global Self Report (0-10) 0=No symptoms 5=Moderate 10=Extreme |
|---|
| Symptom Severity: __3__  Side Effects: __3__ |

**Physician Ratings (0-10)** 0=No symptoms 5=Moderate 10=Extreme

Core Symptoms: ___ Mania ___ Depression ___ Positive SX ___ Negative SX
Other Symptoms: ___ Irritability ___ Labile Mood ___ Insomnia ___ Agitation
___ Anxiety ___ Appetite ___ Energy ___ Interest Level
___ Other (specify): _____

Overall Side Effect Severity: __3__ (0-10)  Overall Functioning: __6__ (0-10) 0=Low 10=High

Patient/Family Education:
Done at this visit? [✓] Yes  [] No  Between last visit and this visit? [] Yes  [] No

Medication Response: [] Full [✓] Partial [] Minimal [] None [] SX Worsening
(Measures Decrease of SX:  Full= 75-100%  Partial= 50-75% Minimal = 25-50% None=0-25%)

Reason for medication Change (Include Dose Changes):
[] Critical Decision Point Indicates Change Necessary  [] Patient Preference
[] Insufficient Improvement  [] Intolerable Side Effects  [] Symptoms Worsening
[] Diagnosis Change  [] Other: _____

Rationale for Medication Choices:
Antidepressant: [✓] SE Profile  [] Pattern of Associated SX  [] Past Response  [] Other _____
Antipsychotic: [✓] SE Profile  [] Pattern of Associated SX  [] Past Response  [] Other _____
Mood Stabilizer: [✓] SE Profile  [] Pattern of Associated SX  [] Past Response  [] Other _____
Augmentation: [] SE Profile  [] Pattern of Associated SX  [] Past Response  [] Other _____

Patient Name: _____ MHMRA #: _____ Date:_____

**Progress Note:** ([] Check here if note was dictated. Date of Dictation: _____ )
Interval History: _____

Denies ↑ S/p, mild depn. 2° ongoing legal
prob. (on probation.), no manic Sx.
med. comp

_____

Response to Target Symptoms: [✓]Improved [] Unchanged: _____

Side Effects to Medication: [✓]None    [✓]Other: _dry mouth, wt. gain_

Social/family Functioning: _c̄ dis ( in S. Housing) ↑ 10 lbs._

Occupational Functioning: _unemp._
Substance Abuse: _none._
Lab Results: _____

Mental Status Examination:
General Appearance: _fair_
Motor Activity: _(N)_
Mood & Affect: _receding_
Speech: _(N) row._
Thought Process: _CTG_
Thought Content: _no p S/p_
Suicide/Homicide ideations: _none._
Sensorium & Cognition: _intact._
Insight & Judgement: _fair._

Assessment: [✓] No change in Axis I-V    ( ) Change in Axis I-V- see diagnosis form

_____

Plan: _____ c̄ meds.
                   cont. per request.
                   ↓ Dx

( ) New medications started. All risks, side effects, and precautions discussed with the patient.
( ) Informed consent signed by patient/ legal authorized representative.
( ) Plan of care reviewed with the patient/ legal authorized representative, face to face. Continue medication monitoring for target symptoms, side effects, vital signs and necessary labs.
( ) Revised Treatment plan with the patient/ legal authorized representative, face to face. See updated plan. _____
( ) Plan of Care Oversight reviewed with the patient/ legal authorized representative. See POCO.
( ) AIMS completed
( ) Lab Orders _____
(✓) Return to Clinic: _10_ weeks

Physician Name: _____ Signature: _____

# Medication Maintenance

**Patient Name:** Eric Ufom    **MHMRA #:** 321229    **Date:** 12/05/02

**Patient: Address:** _____    **Phone #:** _____

**Unit Number:** _____ 2300 _____

**Rx**

| | | Rationale |
|---|---|---|
| 1. Effexor XR 150mg i AM po #33   Refill x 1   NR ☐ | | dep n |
| 2. Zyprexa 10 mg i hs po #33   Refill x 1   NR ☐ | | s/o. |
| 3. Tegretol 300mg i hs po # 33   Refill x 1   NR ☐ | | mood |
| 4. _____   Refill x ___   NR ☐ | | |

_____ M.D.    _____ M.D.

**Dispense as Written**      **Product Selection Permitted**

_____ **Physician I.D. #:** _____    **DEA #:** _____

**Print Physician's Last Name**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Location:** _____    **Start Time:** _____    **Total Time:** _____

**Interval History:** _____

_____

_____

**Response to Target Symptoms:** ☐ Improved ☐ Unchanged: _____

**Side Effects to Medication:** ☐ None ☐ Other: _____

**Social/Family Functioning:** _____

**Occupational Functioning:** _____

**Substance Abuse:** _____

**Mental Status Exam**

1. **General Appearance:** _____
2. **Motor Activity:** _____
3. **Mood & Affect:** _____
4. **Speech:** _____
5. **Thought Process:** _____
6. **Thought Content:** _____
7. **Suicidal/Homicidal Ideation:** _____
8. **Sensorium & Cognition:** _____
9. **Insight & Judgment:** _____

**Assessment/Plan:** _____

_____

| | | |
|---|---|---|
| ERIC NDUBUEZE UFOM AND EQUAL RIGHTS FOR PERSONS ITH DISABILITIES INTERNATIONAL, INC | § § § | IN THE 14TH COURT OF APPEALS |
| | § § | |
| V. | § § | District Court # 2011-70277 113 Judicial District Court |
| WEST WYNDE HEALTH SERVICES, INC, MRS. GLADYS IBIK AND MR. JOHN IBIK | § § § § | |
| | § | HOUSTON, TEXAS |

# EXHIBIT
# 2



Hilary A. Beaver, M.D.
Amy G. Coburn, M.D.
Allison A. Dublin, M.D.
James E. Key, M.D.
Andrew G. Lee, M.D.
Rahul T. Pandit, M.D.
Sushma S. Yalamanchili, M.D.
6560 Fannin, Suite 450
Houston, Texas 77030
Tel 713-441-8843
Fax 713-793-1636
www.methodisteyeassociates.org

March 21, 2013

Kenneth J. Hyde, MD
Houston Eye Associates
2855 Gramercy Street
Houston, TX 77025

Re: Eric Ufom
DOB: 11/22/1958

Dear Kenneth:

Thank you for referring Eric Ufom to the Neuro-Ophthalmology Service at The Methodist Hospital today. This patient is a 54-year-old Nigerian male with a past medical history of motor vehicle accident in 1986 and 1989 who had subsequent loss of vision in the left eye since that motor vehicle accident in 1989. He has been followed by Dr. Hyde for the past six years. He developed hypotony in the right eye with intraocular pressures between 7 to 8 for the past three years.

He also states that he had a foreign body in the right eye as well as the left eye since the motor vehicle accident.

He had an MRI per the patient at Methodist but is unsure why he had the MRI. He states that at that time, he had difficulty breathing.

He denies any giant cell arteritis symptoms such as headaches, jaw claudication, fever, scalp tenderness, anorexia, or malaise. He does state that occasionally he has blurred vision in the right eye but is not having it at this time.

On review of systems, he denies any constitutional, neurologic, ears, nose, and throat, cardiovascular, pulmonary, gastrointestinal, genitourinary, musculoskeletal, skin, psychiatric, or infectious disease symptoms at this time. The chief reason he is here is he wants to see if there could be any improvement of vision in his left eye.

His past medical history is significant for a motor vehicle accident, ruptured globe, and polio.

His past surgical history consists of multiple facial/maxillary reconstructive surgeries, cataract extraction in the left eye, and right hip surgery for a congenital deformity.

He is not currently taking any medications.

He has no known drug allergies.

His family history is significant for liver cirrhosis in his father and diabetes mellitus.

He is a non-profit organizer manager, married, and has one child. He denies any history of smoking, alcohol, or illicit drug use.

On exam today, his visual acuity best corrected is 20/20 in the right eye and count fingers in the left eye. Color plates are 14 out of 14 in the right eye and zero out of 14 in the left eye. Pupils are 4 mm in the dark and 2 mm in the light in the left eye. He has an irregular pupil in the right eye and irregular pupil in the left eye. His ocular motility shows a left 45-diopter prism of exotropia in the left eye. On slit-lamp exam, his lids, lashes, and adnexae are within normal limits. The conjunctiva shows no injection. The cornea shows a corneal/scleral laceration and pterygium in the right eye and corneal scleral laceration in the left eye. He has an inferior temporal scar in the right eye and at 5 o'clock in the left eye an inferior old scar and a superior limbal scar. The anterior chamber at this time is deep and quiet. The iris is round and intact in the right eye and shows an irregular posttraumatic deformity in the left eye. The lens is clear in the right eye and aphakic in the left eye. The anterior vitreous is within normal limits.

On dilated funduscopic exam, his cup-to-disc ratio is 0.10 in the right eye and 0.15 in the left eye. There is no evidence of disc edema or pallor. The macula shows normal reflexes. The vessels show a normal 2:3 arteriole-to-venule ratio in the right eye and the left eye shows attenuation. The periphery is normal, flat, no holes or tears were detected in the right eye, and the left eye shows an inferior hyperpigmented scar.

A Humphrey 24-2 visual field shows an enlarged blind spot in the right eye with nonspecific defects with a mean deviation of -4.49 and in the left eye with a stimulus five shows enlarged blind spot with 11 out of 13 fixation loses.

**In summary,** this patient is a 54-year-old Nigerian male with a past medical history of motor vehicle accident in 1986 and 1989 with multiple reconstructive surgeries who presents with loss of vision in the left eye, right eye hypotonia, and a history of ruptured globe repair.

His left eye most likely had a presumed traumatic optic neuropathy. However, there is no edema or pallor at this time. He also has an inferior chorioretinal scar and color dyschromatopsia. I have explained to the patient that most likely he will not recover vision in the left eye.

He has right hypotony and will be followed by his primary ophthalmologist. His visual acuity in the right eye is 20/20. There is no color dyschromatopsia, disc edema, or pallor in the right eye. I have recommended the patient wear polycarbonate lenses secondary to being a monocular patient. He has multiple ocular deformities secondary to trauma and will continue to follow up with Dr. Hyde

Thank you very much for giving me the opportunity to participate in Mr. Ufom's care. Should you have any questions or concerns regarding my recommendations, or have any other patients needing neuro-ophthalmology evaluation, please do not hesitate to contact me.

Warmest regards,



# Post-Polio Fatigue

How It Can Change Your Mind

Mavis J. Matheson, MD

February 1995

One of the most frustrating late effects of polio for me was the awareness that I could not concentrate and a feeling that I wasn't thinking clearly any more. For many of us who have compensated for our physical limitations through intellectual pursuits this is a terrifying feeling. Is it not bad enough that our bodies are giving out? Must we undergo the indignity of losing our minds as well? Studies show that in spite of marked impairments of attention, polio survivors are within the high normal or superior range on measures of higher-level cognitive processes and IQ. [1] They also show that if we allow ourselves to become fatigued we do lose our ability to focus our attention and to rapidly process complex information (requiring 23 to 67 percent more time to complete tasks requiring sustained attention and vigilance than did polio survivors with no fatigue or mild fatigue). [2]

Polio survivors experience two kinds of fatigue. One is physical tiredness and decreased endurance. The other and often more distressing kind is "brain fatigue". Brain fatigue describes problems with attention, alertness and thinking. Between 70% and 96% of polio survivors reporting fatigue complained of problems with concentration (96%), memory (85%), attention (82%), word finding (80%), staying awake, and thinking clearly (70%). [3] Tests indicate that an impairment of selective attention (related to damage as a result of polio) results in feelings of fatigue and cognitive problems. [2]

The poliovirus damages the anterior horn cells of the spinal cord but that is not all it damages. It also damages parts of the brain stem. Findings indicate that poliovirus consistently and often severely damaged the brain areas known as the Reticular Activating System. [4],[5] These areas are responsible for activating the part of the brain involved in maintaining voluntary attention, memory, spontaneous interest, initiative and the capacity for effort and work, and for preventing feelings of fatigue. This is the area that keeps us awake and allows us to focus our attention. [5]

Polio survivors report that they are most disabled by the visceral symptoms of fatigue. These are feelings of exhaustion, passivity and an aversion to continued effort that generate an avoidance of both mental and physical activity. [5] Dr RL Bruno suggests the existence of a Fatigue Generator in the brain. [5] His findings suggest that there is a close relationship between impaired attention and fatigue. There would be survival value in a brain mechanism that promotes rest when attention and information processing ability are impaired. An area of the

brain (the Basal Ganglia) may generate mental and physical fatigue. When the Reticular Activating System is damaged, the Fatigue Generator takes over and produces problems with focusing attention and with physically moving without significant conscious effort. Damage caused by the poliovirus chronically reduces the firing of the nerve cells in the Reticular Activating System. Rest or sleep would increase the firing of the brain activating system nerves, restore activation and once again allow motor behavior. [5] [Ed: An article by Dr Bruno detailing his work in this area was obtained from the Internet and reprinted in PPN Newsletter Issue 24, June 1995.]

The damage would explain why polio survivors have no difficulty concentrating after the original infection but why are we developing problems thirty or forty years later. One theory is that the age-related loss of nerve cells combined with an already abnormally small number of nerve cells as a result of the original poliovirus infection may impair the brain's activating system enough to produce impaired attention and fatigue as polio survivors reach mid-life. [4]

The first step in treating the disorders of concentration, memory, attention, word finding, staying awake, and thinking clearly is to deal with the fatigue. Energy conservation, work simplification and the proper provision of rest periods throughout the day are the treatments of choice in dealing with post-polio fatigue. [6] Stress management is also critical in the treatment of post-polio fatigue. [7] Dr Bruno et al are currently studying the use of a medication (a post-synaptic dopamine receptor agonist currently used in the treatment of Parkinson's Disease) in the treatment of post-polio patients who do not respond to conservative treatments. [1] They caution that there is a real danger that treatment with medications will allow Polio survivors to resume their hyperactive Type A lifestyles and further stress poliovirus-damaged, "metabolically vulnerable" neurons in the brain stem and anterior horn. [7]

As with any treatment strategy we must try to find the most effective treatment that will do the least long term damage while helping us to deal with our current problems. Certainly reducing physical and emotional stresses in our lives and getting adequate rest make sense for everyone, even polio survivors. The good news is if you can get rested, you will find your ability to concentrate, pay attention, remember words and stay awake will improve. You may even find that you can enjoy reading and thinking again!

References

1. Bruno RL, Sapolsky R, Zimmerman JR, and Frick, NM. *The Pathophysiology of Post-Polio Fatigue: A Role for the Basal Ganglia in the Generation of Fatigue*. Annals of the New York Academy of Science, (1994) in press.

2. Bruno RL, Galski T, DeLuca J. *The Neuropsychology of Post-Polio Fatigue*. Arch Phys Med Rehabil Vol 74, Oct. 1993.

3. Bruno RL *It's All in your Brain: The cause and treatment of Post-Polio Fatigue*, Lecture at Healthy Partnerships Conference Oct. 22, 1994, Toronto, Ont. Canada.

4.  Bruno RL, Frick NM, Cohen J. *Polioencephalitis, Stress, and the Etiology of Post-polio Sequelae*. Orthopedics. 1991; 14:1269-1276.

5.  Bruno RL, Frick NM, Lewis T, and Creange SJ. *The Physiology of Post-Polio Fatigue: A Model for Post-Viral Fatigue Syndromes and a Brain Fatigue Generator*. The CFIDS Chronicle Fall 1994.

6.  Young GR. *Occupational Therapy and the Post polio Syndrome*. The American Journal of Occupational Therapy. 1989; 43:97-103.

7.  Bruno RL, Frick NM. *The Psychology of Polio as Prelude to Post-Polio Sequelae; Behavior Modification and Psychotherapy*. Orthopedics. 1991; 14:1185-1193.

| | | |
|---|---|---|
| ERIC NDUBUEZE UFOM AND EQUAL RIGHTS FOR PERSONS ITH DISABILITIES INTERNATIONAL, INC | § § § | IN THE 14TH COURT OF APPEALS |
| | § | |
| | § | |
| V. | § | District Court # 2011-70277 |
| | § | 113 Judicial District Court |
| WEST WYNDE HEALTH SERVICES, INC, MRS. GLADYS IBIK AND MR. JOHN IBIK | § § § § | |
| | § | HOUSTON, TEXAS |

# EXHIBIT
# 3


**RIVER OAKS**
**IMAGING AND DIAGNOSTIC**

| | | |
|---|---|---|
| PATIENT NAME<br>**UFOM, ERIC** | ACCOUNT NO<br>**2754180** | JACKET NUMBER<br>52849 |
| AT THE REQUEST OF<br>**KENNETH J. HYDE MD**<br>· **2855 GRAMERCY STREET**<br>**HOUSTON, TX 77025** | DATE OF BIRTH<br>**11/22/58**       AGE/SEX<br>**46/M** | DATE OF SERVICE<br>08/12/05 |

CT Assessment of the Orbits

Clinical History: Remote trauma with patient having multiple fractures. This is a preoperative assessment.

Technique: CT assessment of the orbits was conducted without contrast acquiring imaging both axially and coronally with both soft tissue windows and bone windows obtained.

No prior exams currently available.

Findings:

Patient is status post fairly well healed fracture of the left zygomatic arch with associated hyperostosis and exuberant callus formation. There is a fracture seen involving the left orbital floor with distraction seen of approximately 8 to 9 mm and inferior displacement of the more medial aspect of the left orbital floor into the maxillary sinus. Inferior herniation of orbital fat through the defect is seen with the left inferior rectus muscle abutting through the defect but without findings suggestive of entrapment of the extraocular muscles. Deformity of the left maxillary sinus is seen with multiple fractures appearing old involving both the anterior and lateral walls. The left frontal sinus is hypoplastic. Fracture is also seen involving the lateral wall of the right maxillary sinus with mild buckling. Soft tissue density propagating into the left maxillary sinus felt to be on the basis of orbital floor fracture on the left noted. Do not see an air-fluid level.

Both lamina papyracea are intact. Fractures appearing minimally displaced but appearing old involving the lateral wall of the left bony orbit is seen. Fractures are also seen through the anterior table of both frontal sinuses sparing the posterior table and noted inferiorly without associated frontal sinusitis.

There are benign dystrophic calcifications seen superiorly and anteriorly in the left orbit felt to be likely on the basis of remote trauma. Both globes are

Page #2
RE: UFOM, ERIC
2754180
September 12, 2005

intact. No appreciable proptosis is seen or deformity of the orbits which are normal in size.

Assessment of the skull base is unremarkable. Normal aeration of mastoid air cells is noted. Hypoplasia of the sphenoid sinuses is noted. Do not see any acute sinusitis in this patient.

There is deviation of the nasal septum to the left accompanied by bony spurring. Accompanying polypoid changes noted in the right side of the nasal cavity.

Impression:

Fracture of the left orbital floor is seen with inferior displacement of the more medial aspect of the orbital floor into the maxillary sinuses and herniation of orbital fat through the defect. The left inferior rectus muscle does abut the ostium of this fracture without however entrapment of the extraocular muscles seen.

Deformity of the left maxillary sinuses noted due to multiple old fractures seen involving both the anterior and lateral walls with hypoplasia of the left maxillary sinus noted and deformity especially laterally noted.

The globes appear intact.

Benign dystrophic calcifications likely due to prior trauma seen superiorly involving the extraconal portion anteriorly in the left orbit.

Multiple other fractures noted involving the frontal sinuses and right maxillary sinus but sparing the skull base as discussed above.

Thank you for referring your patient to us,

Deborah Ancona-Schultz, M.D.
DD: 09/12/05
DT: 09/12/05

| ERIC NDUBUEZE UFOM AND EQUAL RIGHTS FOR PERSONS ITH DISABILITIES INTERNATIONAL, INC | § § § | IN THE 14TH COURT OF APPEALS |
|---|---|---|
| | § § | |
| V. | § § | District Court # 2011-70277 113 Judicial District Court |
| WEST WYNDE HEALTH SERVICES, INC, MRS. GLADYS IBIK AND MR. JOHN IBIK | § § § § | |
| | § | HOUSTON, TEXAS |

# EXHIBIT
# 4

# FORT BEND SLEEP LAB
## PSG
**14031 Southwest Freeway #605**
**Sugar Land, Tx 77478**
Ph: 1-866-757-2687 Fax: 1-888-757-2680

**ANALYSIS REPORT**

### Recording identification

| | | | |
|---|---|---|---|
| Patient name | : Ufom | Acq | : 559 |
| First name | : Eric | Type | : Adult |
| Sex | : M | Started | : 6/27/2012 at 9:14:44 PM |
| Birth date | : 11/22/1958 | Stopped | : 6/28/2012 at 5:41:44 AM |
| Patient age | : 53 years | Duration | : 8:27:00 (507.0 min) |

**INDICATIONS: Rule Out OSA**

**REFERRING PHYSICIAN: Anjum Alam, M.D.**

**SLEEP DATA 1**

### Times

[Default values]

| | | |
|---|---|---|
| Recording start | : 9:14:44 PM | |
| Light off (LO) | : 10:02:44 PM | [Recording start] |
| Sleep onset (SO) | : 18.0 Min | [1 page N1, N2, N3, or REM] |
| Last sleep page (LSP) | : 5:09:14 AM | |
| Light on (LON) | : 5:09:44 AM | [Recording end] |
| Recording end | : 5:41:44 AM | |
| Latency to Stage REM | 193.5 | (minutes) |
| Sleep Efficiency | 63.8% | |

### Durations

| | | |
|---|---|---|
| Recording duration | : 507.0 min | Recording start -> end |
| TIB | : 427.0 min | Light off -> Light on |
| TST | : 272.5 min | REM + NREM + MVT (during SPT) |
| WK during sleep | : 136.5 min | SPT - TST |
| NREM duration | : 231.5 min | N1 + N2 + N3 (during TIB) |
| SWS duration | : 29.5 min | N3 (during TIB) |
| Movement | : 0.0 min | MVT (during TIB) |

### Sleep stages distribution

| | Episodes (#) | duration (min) | TST (%) |
|---|---|---|---|
| WK (SPT) | 21 | 136.5 | -- |
| WK (TIB) | 22 | 153.5 | -- |
| REM | 7 | 42.0 | 15.4 |
| N1 | 14 | 8.5 | 2.8 |
| N2 | 20 | 193.5 | 71.0 |
| N3 | 3 | 29.5 | 10.8 |
| MVT | 0 | 0.0 | 0.0 |

**RESPIRATORY EVENTS 3**

## Respiratory events summary (Sleep period time)

|  | CA | OA | MA | Sum Ap | HYP | A + H Events | RERA | Resp. Events |
|---|---|---|---|---|---|---|---|---|
| Settings (sec.) | 10.0 | 10.0 | 10.0 | - | 10.0 | - | 10.0 | - |
| Number | 0 | 9 | 0 | 9 | 14 | 23 | 21 | 44 |
| Max (sec.) | 0.0 | 24.0 | 0.0 | 24.0 | 61.0 | 61.0 | 38.0 | 61.0 |
| Mean (sec.) | 0.0 | 17.8 | 0.0 | 17.8 | 38.0 | 30.1 | 27.6 | 28.9 |
| Tot duration (min) | 0.0 | 2.7 | 0.0 | 2.7 | 8.9 | 11.5 | 9.7 | 21.2 |
| SPT (409.0 min) |  |  |  |  |  |  |  |  |
| % of SPT | 0.0 | 0.7 | 0.0 | 0.7 | 2.2 | 2.8 | 2.4 | 5.2 |
| Index (#/h SPT) | 0.0 | 1.3 | 0.0 | 1.3 | 2.1 | 3.4 | 3.1 | 6.5 |

## Respiratory events summary (Total sleep time)

|  | CA | OA | MA | Sum Ap | HYP | A + H Events | RERA | Resp. Events |
|---|---|---|---|---|---|---|---|---|
| Settings (sec.) | 10.0 | 10.0 | 10.0 | - | 10.0 | - | 10.0 | - |
| Number | 0 | 9 | 0 | 9 | 14 | 23 | 21 | 44 |
| Max (sec.) | 0.0 | 24.0 | 0.0 | 24.0 | 61.0 | 61.0 | 38.0 | 61.0 |
| Mean (sec.) | 0.0 | 17.8 | 0.0 | 17.8 | 38.0 | 30.1 | 27.6 | 28.9 |
| Tot duration (min) | 0.0 | 2.7 | 0.0 | 2.7 | 8.9 | 11.5 | 9.7 | 21.2 |
| TST (272.5 min) |  |  |  |  |  |  |  |  |
| % of TST | 0.0 | 1.0 | 0.0 | 1.0 | 3.3 | 4.2 | 3.5 | 7.8 |
| Index (#/h TST) | 0.0 | 2.0 | 0.0 | 2.0 | 3.1 | 5.1 | 4.6 | 9.7 |

## Respiratory Event Index Summary (Total sleep time)

|  | REM #/h (REM) | NREM #/h (NREM) | TST #/h (sleep) |
|---|---|---|---|
| AHI | 8.6 | 4.4 | 5.1 |
| RDI | 15.7 | 8.6 | 9.7 |

### Position

| Position | Periods (# of) | Duration (min) | Sleep (%) | REM (%) | SWS (%) | CA (#) | OA (#) | MA (#) | HYP (#) | Index (#/h) | Desat (#) | Leg Mvts (#) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | 10 | 144.0 | 61.1 | 0.0 | 5.6 | 0 | 4 | 0 | 2 | 4.1 | 4 | 0 |
| P |  |  |  |  |  |  |  |  |  |  |  |  |
| S | 15 | 179.7 | 58.1 | 13.3 | 0.0 | 0 | 5 | 0 | 11 | 14.4 | 22 | 0 |
| R | 4 | 85.3 | 93.9 | 21.2 | 25.2 | 0 | 0 | 0 | 1 | 0.7 | 1 | 45 |
| Up |  |  |  |  |  |  |  |  |  |  |  |  |

### Arousal

Total number of WK or MVT episodes : 21
Arousal index : 14.1/h(sleep)
% of pages with arousal during sleep : 9.9 %
Number of arousals associated with leg movements : 0
Number of arousals NOT associated with leg movements : 64

|  | Total number | With resp. event | With resp. event & desat | Leg Mvt arousal | Spontaneous arousal |
|---|---|---|---|---|---|
| μ arousal REM | 8 | 1 | 1 | 0 | 6 |
| μ arousal NREM | 26 | 4 | 7 | 0 | 15 |
| μ arousal MVT | 0 | 0 | 0 | 0 | 0 |
| μ arousal WK | 9 | 0 | 1 | 0 | 8 |
| μ arousal TOT | 43 | 5 | 9 | 0 | 29 |
| arousal >15sec | 21 | 16 | 5 | 0 | 0 |

### ECG Table

|  | WK | REM | NREM | N1 | N2 | N3 | MVT |
|---|---|---|---|---|---|---|---|
| Duration (min) | 153.5 | 42.0 | 231.5 | 8.5 | 193.5 | 29.5 | 0.0 |
| Mean HR (BPM) | 70.5 | 74.1 | 70.5 | 69.2 | 70.1 | 74.1 |  |
| Median (BPM) | 69.000 | 74.000 | 70.000 | 69.000 | 70.000 | 76.000 |  |
| LHR min (BPM) |  |  |  |  |  |  |  |
| HHR max (BPM) |  |  |  |  |  |  |  |
| ECG fail (min) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

## OXIMETRY SUMMARY

### Oximetry distribution, all durations are in minutes

| SpO2 % | Wake | | REM | | Non-REM | | Total | |
|---|---|---|---|---|---|---|---|---|
|  | Dur | % TIB | Dur | % TIB | Dur | % TIB | Dur | % TIB |
| <50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <60 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <70 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <75 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <80 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <85 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| <90 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.1 | 0.3 | 0.1 |
| <95 | 6.3 | 1.5 | 5.7 | 1.3 | 61.4 | 14.4 | 73.4 | 17.2 |
| Base Line SpO2 96% |  |  |  |  |  |  |  |  |

Longest continuous duration spent below 0%:     0.0 minutes
Lowest SpO$_2$ (>= 2 seconds):     88 %
\# Episodes (>= 5.0 minutes) SpO$_2$ < 88 %:     0
Longest duration SpO$_2$ < 88 % (>= 5.0 minutes):     0.0 minutes

### Respiratory event O$_2$ min levels
Mean of the resp. event SpO$_2$ min levels     93 %
Mean of the resp. event SpO$_2$ min levels with desat     93 %
Minimum of the resp. event SpO$_2$ min levels     88 %

|  | Count | Index |
|---|---|---|
| Leg movements | 45 | 9.9 |
| Leg movements meeting PLM criteria | 45 | 9.9 |
| Leg movements NOT meeting PLM criteria |  |  |
| Leg movements with respiratory events with arousal | 0 | 0.0 |
| Leg movements with respiratory events without arousal | 0 | 0.0 |
| Leg movements with arousal (without respiratory event) | 0 | 0.0 |
| Lev mvts without arousal and without respiratory event | 45 | 9.9 |
| Total number of PLM episodes | 2 |  |
| Mean duration of PLM episodes | 589.8 sec |  |
| Total time with PLM | 19.7 min ( 7.2 % of sleep) |  |
| PLM index (#/h) | 0.4 |  |

Ufom, Eric, PSG, Page 4

Body Position Trend





Ufom, Eric, PSG, Page 5

Night Hypnogram

Epworth Sleepiness Scale Score: 15 HT: 67" WT: 185 BMI: 29 Neck: 15" RR: 14 BPM

Patient History: Mr. Ufom is a 53 year old male with a history of leg cramps, polio, and snoring.
Medications: '0' or 'none'

TECHNICAL SUMMARY: Obstructive events along with arousals and mild to moderate snoring were noted by the night technician.

Patient indicated he has difficulty falling asleep. His sleep is restless or disturbed and he experiences frequent or prolonged awakenings. He has nasal obstruction or sinus problems. His weight has increased over the past year. He has awakened feeling as if he is choking or gasping for breath. Others have witnessed him stop breathing while asleep. He experiences repetitive leg or arm movements while asleep. He has leg or arm discomfort which goes away with movement. He experiences sudden jerky body movements at sleep onset. His sleepiness affects his performance at work. He gets approximately 4 to 6 hours of sleep each night and takes 7, 120 to 180 minute naps per week.
Patient information was obtained from a sleep history questionnaire.

ECG: NSR.

IMPRESSION:

1) Mild Obstructive Sleep Apnea syndrome.

RECOMMENDATIONS:

1) Return to the sleep laboratory for CPAP titration.
2) Caution with CNS depressants that can exacerbate obstructive events.
3) Caution with driving and operating potentially dangerous machinery until the condition is adequately treated.
4) Weight loss to the ideal range.



Mauricio Reinoso, MD
Diplomate, American Board of Sleep Medicine and
Diplomate, Sleep Medicine, ABIM
281-980-1330
6-29-12



*Orlando Ear, Nose & Throat Associates, P.A.*

**Michael M. Bibliowicz, D.O.** • **Dale C. Harrington, D.O.**
**Marilyn K. Wilson, M.C.D., CCC-Audiology**
*Ear, Nose & Throat*
Head & Neck Surgery, Facial Plastic Surgery, E.N.T. Allergy, Hearing Aids

November 5, 1996

Alan L. Mostov, D.O.
2721 West State Road 434
Longwood, FL 32779

RE:  ERIC UFOM

Dear Alan:

I had the pleasure of seeing Eric Ufom in the office on November 5, 1996.  Thank you very much for allowing me to participate in his care.  Eric is a very interesting 37 year old male with multiple problems.  The problem he comes to visit me for is difficulty with sleeping, states he wakes up short of breath with his heart racing and shaking all over which sounds to me as though he is having episodes of apnea, then waking up to breathe.  He lives alone so he does not know whether he is snoring but I would tend to guess that he is.  He does fall asleep during the day occasionally but is not very tired overall.  In addition to this, in 1986, he was in a severe car accident in Africa and had multiple facial fractures that were repaired and since that time, he cannot open his mouth very wide and, again, I believe this may be contributing to the sleep apnea also.  He also has a hearing loss since that accident.  He also states that while driving when he passes a car, he feels a little wobbly and then it goes away quickly, and this only occurs when he is driving.  He also states that when this occurs, his hearing seems to drop a little bit.

PAST MEDICAL HISTORY:  Otherwise negative.

CURRENT MEDICATIONS:  Nasal spray.

PHYSICAL EXAMINATION:  HEAD:  Normocephalic.  EARS:  Left ear - The tympanic membrane reveals a stenotic meatus and TM appears to be intact but because of the stenotic meatus, it is difficult to see well.  Right ear - Clear, with good motion.  NOSE:  Reveals a deviated nasal septum to the left.  MOUTH:  Reveals no lesions or masses but he is only able to open his jaw a small amount.  His throat does reveal redundancy of the uvula.  FACE:  Reveals a previous left tripod fracture with repair and irregularities can be palpated through the skin and there is a visible irregularity.  Also, his left eye tends to be more lateral and he does state that he has chronic double vision since this accident.

He has a negative head shake maneuver.  Romberg and Fukuda tests are stable. Hallpike test is unremarkable and there is no spontaneous or induced nystagmus.

16648.0
11-22-58

**AUDIOLOGICAL EXAMINATION:** Audiogram was done which reveals a large conductive hearing loss in this left ear with a speech reception threshold of 20 decibels on the right and 50 decibels on the left.

**IMPRESSIONS:**

1. Obstructive sleep apnea.
2. Conductive hearing loss, secondary to trauma.
3. History of multifacial trauma.

Reviewed
L.R. Kowalski, M.D.

**PLAN:**

1. First of all, we will obtain a sleep study to further evaluate the reasons for his difficulty with sleeping.
2. In the future, he will need a CT scan of the temporal bone to further evaluate this ear. This may be something that I can repair to improve the hearing.
3. I will perform an electronystagmography if the dizziness continues. Since the dizziness is only very occasional and recently, I would like to do some of this other testing first and see if the dizziness resolves spontaneously prior to putting him through a battery of tests.

Thank you very much for allowing me to participate in his care.

Sincerely,

Dale C. Harrington, D.O.

DCH:dw

--------------------------------------------------------------------

DATE OF BIRTH: January 22, 1958
AGE: 38 years

HISTORY: Mr. Eric Ufom is seen in the clinical sleep study center at Florida Hospital/Orlando through the courtesy of Dr. Dale C. Harrington. The patient's primary physician is Dr. George A. Pyke. There is a question of upper airway obstructed breathing syndrome with multiple awakening occurring suddenly with the patient finding himself unable to breathe. This evidently has occurred five times per week over the past month. The patient relates that he jerks awake with a sensation that he is unable to breathe through his throat. He describes tremulousness and the episode is somewhat frightening to him. The patient characteristically leaps up out of bed, runs to the bathroom, and pours water over his face and/or head. He is uncertain as to whether this has any beneficial effect, but his throat obstruction seems to clear. The patient has felt somewhat sleepy within the recent past as well and feels he is not sleeping as well. He reports that he is afraid to go to sleep. Mr. Ufom experienced a major automobile accident in 1986. I do not have details but evidently multiple fractures in terms of face, forehead, orbit, sinuses, and nose were experienced, and the patient underwent reconstructive surgery. He reports that he did not experience any significant brain injury. Subsequently, it is my impression the patient has experienced difficulty breathing through his nose. The patient further reports that subsequent to his accident he experienced several episodes of what, in essence, is sleep paralysis, during which time he awakens and feels that he is unable to move for 3 to 5 minutes. This sensation seemed to resolve but has again recurred over the past month or so. The patient does not describe debilitating daytime sleepiness. He reports a history of poliomyelitis at age 5 years. Evidently, right lower extremity motoric function was impaired. The patient underwent some form of surgery at a later date and feels that his legs function normally at the present time.

PHYSICAL EXAMINATION: Blood pressure, right arm, sitting is 92/60. The patient is a pleasant 38-year-old gentleman who exhibits reconstructive facial features and left exotropia and a postoperative left pupil. The patient is somewhat difficult to clearly obtain a history from with tangential responses. The right optic nerve head appears flat. Neck mobility is fairly well-maintained. The patient is unable to fully open his mouth. The posterior airway space is relatively tight. Tongue is midline.

--------------------------------------------------------------------

tusr7            SLEEP MEDICINE CONSULTATION         MORRIS T. BIRD MD
D:  11/22/96
T:  11/23/96 15:10            PAGE:    1
*** REPRINTED ***                               UFOM, ERIC N
P:  12/04/98 10.33                              MRI : 1487102
D/T/P:KJMB-CMMO-DO70      FLORIDA HOSPITAL       ACCT: 0
                          ORLANDO, FLORIDA       JOB : 01 1507
CONFIDENTIAL AND PRIVILEGED INFORMATION FOR PROFESSIONAL
USE ONLY. ANY REDISCLOSURE IS FORBIDDEN BY STATE STATUTE.

FLORIDA HOSPITAL MEDICAL CENTER                           MI97670H
FLORIDA HOSPITAL - ORLANDO

---------------------------------------------------------------------

NAME:  ERIC N. UFOM              DATE OF STUDY:  DECEMBER 8, 1996

STUDY PERFORMED:             POLYSOMNOGRAM

PSGT-96-817

HISTORY AND INDICATIONS FOR THE STUDY:  Please see previous.  It is of
interest that the patient has found that vigorous physical exercise during
the daytime has correlated with a diminished number of frightening nocturnal
arousals.  The patient is apparently pursuing physical exercise due to what
he terms a low sperm count.  He is taking testosterone in this regard.

PHYSICAL EXAMINATION:  Please see previous.

TECHNICAL SUMMARY:  Total recording time is 420 minutes.  The tracing is
initiated at 2225 hours and ended at 0525 hours.  No technical difficulty is
encountered.  Monitoring is as per standard protocol.

DESCRIPTION:  The patient is studied 86% back positional and 14% right-side
positioned.  Head of bed is flat with 2 pillows utilized.  Initial waking
state oxyhemoglobin saturation is 98%.  Latency to stage I sleep is prolonged
at 87 minutes.  Rapid eye movement (REM) sleep latency is 68 minutes.  A
total of 3 REM periods are evident.  Once sleep is entered, occasional
central and/or transitional apneic events are noted, especially early in the
recording associated with intermittent arousals.  Occasional airflow
fluctuation and/or hypopneic events are further observed.  REM sleep is
associated with partial eye-open position and side-to-side head movement.  No
significant or sustained upper airway obstruction is identified.  Snoring is
very light.  Periodic limb movements of sleep are absent.  Electrocardiogram
(EKG) remains stable throughout.

INTERPRETATION:

A 420-MINUTE NOCTURNAL SLEEP POLYSOMNOGRAM EXHIBITING THE FOLLOWING:

1.   PROLONGED SLEEP LATENCY WITH INTERMITTENT AROUSALS AND AWAKENINGS.
2.   MINOR FLUCTUATING AIRFLOW AND/OR HYPOPNEIC EVENTS.
3.   RAPID EYE MOVEMENT SLEEP ASSOCIATED WITH PARTIAL EYE OPENING AND
     INTERMITTENT SIDE-TO-SIDE HEAD MOVEMENT.

---------------------------------------------------------------------

Mtusr24                   POLYSOMNOGRAM REPORT        MORRIS T. BIRD MD
D:  12/09/96
T:  12/09/96 14:01          PAGE:    1
*** REPRINTED ***                                 UFOM, ERIC N
                                                  MRX : 1487102
                                                  ACCT: 4724696
                            FLORIDA HOSPITAL       JOB : 01 5713
                            ORLANDO, FLORIDA

CONFIDENTIAL AND PRIVILEGED INFORMATION FOR PROFESSIONAL
USE ONLY.  ANY REDISCLOSURE IS FORBIDDEN BY STATE STATUTE.

NAME:  ERIC N. UFOM           DATE OF STUDY:  DECEMBER 8, 1996

STUDY PERFORMED:            POLYSOMNOGRAM

PSGT-96-817

HISTORY AND INDICATIONS FOR THE STUDY:  Please see previous.  It is of interest that the patient has found that vigorous physical exercise during the daytime has correlated with a diminished number of frightening nocturnal arousals.  The patient is apparently pursuing physical exercise due to what he terms a low sperm count.  He is taking testosterone in this regard.

PHYSICAL EXAMINATION:  Please see previous.

TECHNICAL SUMMARY:  Total recording time is 420 minutes.  The tracing is initiated at 2225 hours and ended at 0525 hours.  No technical difficulty is encountered.  Monitoring is as per standard protocol.

DESCRIPTION:  The patient is studied 86% back positional and 14% right-side positioned.  Head of bed is flat with 2 pillows utilized.  Initial waking state oxyhemoglobin saturation is 98%.  Latency to stage I sleep is prolonged at 87 minutes.  Rapid eye movement (REM) sleep latency is 68 minutes.  A total of 3 REM periods are evident.  Once sleep is entered, occasional central and/or transitional apneic events are noted, especially early in the recording associated with intermittent arousals.  Occasional airflow fluctuation and/or hypopneic events are further observed.  REM sleep is associated with partial eye-open position and side-to-side head movement.  No significant or sustained upper airway obstruction is identified.  Snoring is very light.  Periodic limb movements of sleep are absent.  Electrocardiogram (EKG) remains stable throughout.

INTERPRETATION:

A 420-MINUTE NOCTURNAL SLEEP POLYSOMNOGRAM EXHIBITING THE FOLLOWING:

1.  PROLONGED SLEEP LATENCY WITH INTERMITTENT AROUSALS AND AWAKENINGS.
2.  MINOR FLUCTUATING AIRFLOW AND/OR HYPOPNEIC EVENTS.
3.  RAPID EYE MOVEMENT SLEEP ASSOCIATED WITH PARTIAL EYE OPENING AND INTERMITTENT SIDE-TO-SIDE HEAD MOVEMENT.

Mtusr24            POLYSOMNOGRAM REPORT           MORRIS T. BIRD MD
D:  12/09/96
T:  12/09/96 14:01          PAGE:   1
*** REPRINTED ***                                   UFOM, ERIC N
                                                    MRI : 1487102
12/04/98 10:33                                      ACCT: 4724696
                            FLORIDA HOSPITAL        JOB : 01 5713
                            ORLANDO, FLORIDA

CONFIDENTIAL AND PRIVILEGED INFORMATION FOR PROFESSIONAL USE ONLY.  ANY REDISCLOSURE IS FORBIDDEN BY STATE STATUTE.

Nose is grossly deviated.  Limited cardiorespiratory and neurologic
assessments are noncontributory.

IMPRESSION:

1.  RECURRENT, FRIGHTENING DYSPNEIC AROUSALS, RULE OUT UPPER AIRWAY
    OBSTRUCTION.
2.  AUTOMOBILE ACCIDENT IN 1986 WITH MULTIPLE FACIAL FRACTURES AND FACIAL
    RECONSTRUCTION.
3.  CHRONIC NASAL CONGESTION.
4.  RECURRENT SLEEP PARALYSIS OF UNCERTAIN SIGNIFICANCE.

DISCUSSION:

Mr. Ufom is experiencing a series of recurrent, frightening nocturnal
dyspneic arousals.  He experienced a major facial and head injury, evidently
with multiple fractures requiring reconstruction with chronic nasal
congestion, limited mouth opening, and now recurrent arousals as above.
Upper airway obstruction is suspect.  Will plan nocturnal polysomnography in
this regard.  Of further interest is a history of intermittent sleep
paralysis which is of uncertain significance and may not need further
investigation, other than reassurance.

Thank you for allowing us to share in Mr. Ufom's continuing care.

SIGNED COPY ON FILE IN THE NEURODIAGNOSTIC LAB.

copy to:    NEURODIAGNOSTIC LAB (AH)
            DALE C. HARRINGTON, DO (JO)
            GEORGE A. PYKE, MD  (MI)

tusr7             SLEEP MEDICINE CONSULTATION          MORRIS T. BIRD MD
D: 11/22/96
T: 11/23/96 15:10           PAGE:   2
*** REPRINTED ***                                   UFOM, ERIC N
P: 12/04/98 10.33                                   MRI : 1487102
                          FLORIDA HOSPITAL              ACCT: 2

                                                                    Copy

FLORIDA HOSPITAL MEDICAL CENTER
FLORIDA HOSPITAL - ORLANDO

---

NAME:  ERIC N. UFOM            DATE:  DECEMBER 8, 1996

STUDY PERFORMED:              POLYSOMNOGRAM/ADDENDUM SLEEP LABORATORY DATA, FIRST
                             NIGHT SLEEP STUDY

NEUROLOGIST:                 MORRIS T. BIRD, MD

FH 96-817

SLEEP STAGE INFORMATION:

| | |
|---|---|
| Total recording time: | 419.0 minutes |
| Total sleep time: | 305.0 minutes |
| Sleep efficiency: | 72.8% |
| Sleep latency: | 85.5 minutes |
| REM latency: | 69.5 minutes |
| Percent awake: | 27.1% |
| REM: | 6.0% |
| Stage I: | 20.5% |
| Stage II: | 37.5% |
| Stage III/VI: | 8.8% |

RESPIRATORY EVENT INFORMATION:

| | |
|---|---|
| Apnea/hypopnea index | 1.2 events per hour |
| Longest event: | 27.0 seconds |
| Lowest oxyhemoglobin saturation: | 91% |

PERIODIC LIMB MOVEMENTS IN SLEEP EVENT INFORMATION:

| | |
|---|---|
| Periodic limb movement index: | 0.0 |

SIGNED COPY ON FILE IN THE NEURODIAGNOSTIC LAB

COPY TO:   NEURODIAGNOSTICS LAB (AH)
           DALE C. HARRINGTON, DO (JO)
           GEORGE A. PYKE, MD  (MI)

---

Mtusr41                    POLYSOMNOGRAM REPORT          MORRIS T. BIRD MD
D:  12/11/96
T:  12/11/96 16:59
*** REPRINTED ***                                       UFOM, ERIC N
P:  12/04/98 10.32                                      MRI : 1487102
O/T/P:MJMS-GNNO-D070              FLORIDA HOSPITAL       ACCT: 4724696
                                  ORLANDO, FLORIDA       JOB : 01 6439
CONFIDENTIAL AND PRIVILEGED INFORMATION FOR PROFESSIONAL USE ONLY, BY STATE STATUTE.